```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05843
    ENRIQUE SOLIS
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

        Debtor
    SSN XXX-XX-1229

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 05/22/2006 and was confirmed 09/18/2006.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CITIMORTGAGE               CURRENT MORTG           .00           .00            .00
CITIMORTGAGE               MORTGAGE ARRE      28148.00           .00        5756.90
PRINCIPLE RESIDENTIAL MO   NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          3157.39           .00            .00
BENEFICIAL                 UNSECURED        NOT FILED           .00            .00
CAPITAL ONE                UNSECURED        NOT FILED           .00            .00
CARSON PIRIE SCOTT         UNSECURED           789.67           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          5023.82           .00            .00
GERALD E LYNCH MD FACS     UNSECURED        NOT FILED           .00            .00
RECOVERY MANAGEMENT SYST   UNSECURED           527.10           .00            .00
RADIO SHACK                UNSECURED        NOT FILED           .00            .00
SEARS                      UNSECURED           291.73           .00            .00
ECAST SETTLEMENT CORP      UNSECURED          1562.59           .00            .00
WEST SUBURBAN HEALTH CAR   UNSECURED        NOT FILED           .00            .00
ASSET ACCEPTANCE LLC       UNSECURED            47.50           .00            .00
CITIMORTGAGE INC           NOTICE ONLY      NOT FILED           .00            .00
ECAST SETTLEMENT CORP      UNSECURED         16241.98           .00            .00
ECAST SETTLEMENT CORP      UNSECURED           521.05           .00            .00
DAVID LUGARDO              DEBTOR ATTY       1,500.00                      1,500.00
TOM VAUGHN                 TRUSTEE                                           443.10
DEBTOR REFUND              REFUND                                          1,400.00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              9,100.00

PRIORITY                                         .00
SECURED                                     5,756.90
UNSECURED                                        .00
ADMINISTRATIVE                              1,500.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 06 B 05843 ENRIQUE SOLIS
```

```
TRUSTEE COMPENSATION                                              443.10
DEBTOR REFUND                                                   1,400.00
                                          ----------------   ----------------
TOTALS                                           9,100.00           9,100.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/22/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE